# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANICQUA SUBER-APONTE,       :
    Plaintiff,       :
           :
v.       :       CIVIL ACTION NO. 18-CV-4866
           :
MATTHEW COPLEY, *et al,*       :
    Defendants.       :

## ORDER

AND NOW, this       day of December, 2018, upon consideration of *pro se* Plaintiff Shanicqua Suber-Aponte's Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum. All claims pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice**. Suber-Aponte's state law claims are **DISMISSED** for lack of subject matter jurisdiction **without prejudice** to Suber-Aponte's right to reassert them in state court. Suber-Aponte may not file a second amended complaint in this matter.

2. The Clerk of Court shall **CLOSE** this case.

                                        **BY THE COURT:**

                                        **/s/Wendy Beetlestone, J.**

                                        **WENDY BEETLESTONE, J.**